No. 2130. CANINO, APELANTE, v. AMERICAN RAILROAD COMPANY, APELADA.—*Memorandum* de costas, en pleito de daños y perjuicios. San Juan, Sección 1ª. *Desestimada.*

No. 2097. BURGOS, APELADA, v. SANTINI, MARSHAL, CORTE DE DISTRITO Y NOVOA, DEMANDADOS Y APELANTE EL SEGUNDO.—*Injunction.* Aguadilla. Noviembre 20, 1919. *Desistida.*

No. 1429. EL PUEBLO, APELADO, v. SÁNCHEZ, APELANTE.— Acometimiento y agresión grave. San Juan, Sección 2ª. Noviembre 24, 1919. *Confirmada.*

No. 1432. EL PUEBLO, APELADO, v. FALCÓN, APELANTE.— Acometimiento y agresión grave. San Juan, Sección 2ª. *Confirmada.* Diciembre 1, 1919.

No. 2147. ALVAREZ, APELADO, v. DÍAZ, APELANTE.—Cobro de dinero. San Juan, Sección 1ª. Diciembre 4, 1919. *Desistida.*

No. 1440. EL PUEBLO, APELADO, v. CRUZ Y CARMONA, ACUSADOS Y APELANTE EL SEGUNDO.—Alterar la paz. San Juan, Sección 2ª. Diciembre 8, 1919. *Confirmada.*

No. 181. GUZMÁN, PETICIONARIO, v. CROSAS, JUEZ DE DISTRITO, DEMANDADO. — *Mandamus.* Diciembre 9, 1919. *Denegado.*

No. 1894. CAYEY–CAGUAS TOBACCO CO., APELADA, v. RAMÍREZ ET AL., APELANTES.—Reconocimiento de servidumbre. (Reconsideración.) Guayama. Diciembre 9, 1919. *Denegada.*

No. 1442. EL PUEBLO, APELADO, v. RIVERA, APELANTE.—Infracción de la Ley de Arbitrios. Arecibo. Diciembre 9, 1919. *Confirmada.*

No. 1443. EL PUEBLO, APELADO, v. SANTIAGO, APELANTE.— Hurto menor. San Juan, Sección 2ª. Diciembre 11, 1919.

No. 1445. EL PUEBLO, APELADO, v. BERMÚDEZ, ET AL., APELANTES.—Motín. San Juan, Sección 2ª. Diciembre 11, 1919.

No. 1446. EL PUEBLO, APELADO, v. AGOSTO, APELANTE.— Acometimiento y agresión grave. San Juan, Sección 2ª. Diciembre 12, 1919. *Confirmadas.*